(130 So. 535)

John DAVIS v. J. E. LEE.

8 Div. 251.

Supreme Court of Alabama.
Oct. 30, 1930.

Eyster & Eyster, of Decatur, for petitioner.

Wright & McAfee, of Decatur, for respondent.

THOMAS, J.

Petition of John Davis for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Davis v. Lee (8 Div. 18), 130 So. 534.

Writ denied.

ANDERSON, C. J., and SAYRE and BROWN, JJ., concur.